UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FONGSHIAN LING WALDMAN, | ) CASE NO. CV 12-2476-BRO (AGR) |
|---|---|
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| Carolyn W. Colvin, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with Report and Recommendation.

DATED: August 26, 2013

BEVERLY REID O'CONNELL
United States District Judge