JOEL D. LEIDNER, CSBN 52559
LEIDNER & LEIDNER, A.P.C.
Attorney at Law
4622 Hollywood Boulevard
Los Angeles, CA 90027
Telephone: (323) 664-5670
Facsimile: (323) 662-0840
Email: joel.leidner@igc.org
Attorney for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8956
  Facsimile: (415) 744-0134
  Email: carolyn.chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FONGSHIAN LING WALDMAN, | Case No.: 2:12-cv-02476-BRO-AGR |
|   Plaintiff, | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to

-1-

1  Commissioner of Social Security,   )
                                      )
2        Defendant.                   )
                                      )
3  _____)

4

5   Based upon the parties' Stipulation for the Award and Payment of Equal

6  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $5,000.00

7  as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the

8  Stipulation.

9

10  DATE:   December 9, 2013

11

12                                    ___  THE HONORABLE BEVERLY REID O'CONNELL
                                           UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26  continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g).

-2-